UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREG TROMP, <br><br> Plaintiff, <br> v. <br><br> MONARCH RECOVERY MANAGEMENT, INC., <br><br> Defendant. | Case No. 1:15-cv-00024-RHB <br><br> HON. ROBERT HOLMES BELL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff files this Notice of Voluntary Dismissal. Defendant served neither an answer nor motion for summary judgment in this matter.

Respectfully submitted,

Dated: March 9, 2015    GOLDEN LAW OFFICES, P.C.

/s/ B. Thomas Golden
B. Thomas Golden (P70822)
Attorney for the Plaintiff
2186 West Main Street
P.O. Box 9
Lowell, Michigan 49331
Telephone: (616) 897-2900
Facsimile: (616) 897-2907
btg@bthomasgolden.com

## **CERTIFICATE OF SERVICE**

I, B. Thomas Golden, hereby certify that I am attorney with Golden Law Offices, P.C., and on March 9, 2015, the Notice of Voluntary Dismissal was served via first class mail, postage pre-paid to the following individual(s):

>Ms. Kathleen H. Klaus
>Maddin, Hauser, Roth & Heller, P.C.
>28400 Northwestern Highway
>Second Floor
>Southfield, Michigan 48034-1839

I declare that the above information is true to the best of my knowledge, information, and belief.


Dated: March 9, 2015             /s/ B. Thomas Golden
                                B. Thomas Golden (P70822)
                                Attorney for the Plaintiff
                                2186 West Main Street
                                P.O. Box 9
                                Lowell, Michigan 49331
                                Telephone: (616) 897-2900
                                Facsimile: (616) 897-2907
                                btg@bthomasgolden.com